1524

# CASE ANNOUNCEMENTS

*January 26, 2011*

[Cite as *01/26/2011 Case Announcements*, 2011-Ohio-290.]

## MOTION AND PROCEDURAL RULINGS

**2009–1869. State ex rel. Paneto v. Matos.**
Franklin App. No. 08AP–926, 2009-Ohio-4845. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellee's motion to supplement the record with new evidence, it is ordered by the court that the motion is granted, and the record in this case is hereby supplemented with Exhibit A of the motion to supplement.

**2010–0809. Smith v. McBride.**
Franklin App. No. 09AP–571, 2010-Ohio-1222. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion to exceed the page limitation for a reply brief, it is ordered by the court that the motion is granted, and the reply brief may be submitted for filing with up to 25 pages.

**2010–1551. State ex rel. Dreamer v. Mason.**
Cuyahoga App. No. 93949, 189 Ohio App.3d 420, 2010-Ohio-4110. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellees' motion for leave to file their merit brief under seal, it is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2008–0412. Cincinnati Bar Assn. v. Moeves.**
This cause came on for further consideration upon the filing by relator, Cincinnati Bar Association, of a motion for an order to show cause. Respondent, Patrick E. Moeves, was ordered to appear before this court on January 18, 2011. Respondent did not appear as ordered.

Upon consideration thereof, it is ordered by this court that respondent, Patrick E. Moeves, is found in contempt for failure to comply with this court's order of September 16, 2008. It is further ordered that determination of the appropriate punishment in this matter will be made when this court is provided with information necessary to determine the status of the criminal proceedings against the respondent in the state of Kentucky, Kenton County District Court.

**2010–1805. Disciplinary Counsel v. Hoppel.**
This cause is pending before the court upon the filing by the Board of Commissioners on Grievances and Discipline of a final report and recommendation. On December 29, 2010, relator filed a motion to correct the record.

Upon consideration thereof, it is ordered by this court that the motion is granted.